No. 20-2256

# In the United States Court of Appeals for the Sixth Circuit

RESURRECTION SCHOOL, *et. al*,

*Plaintiffs-Appellants,*

v.

ELIZABETH HERTEL, *et. al.*

*Defendants-Appellees.*

On Appeal from the United States District Court for the
Western District of Michigan, No. 1:20-cv-01016

**MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF PETITION FOR REHEARING EN BANC**

DANIEL H. BLOMBERG
ADÈLE A. KEIM
DANIEL L. CHEN
THE BECKET FUND FOR
    RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
(202) 955-0095
dblomberg@becketlaw.org

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 20-2256        Case Name: Resurrection School v. Hertel

Name of counsel: Daniel H. Blomberg

Pursuant to 6th Cir. R. 26.1, The Becket Fund for Religious Liberty
*Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

No.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

No.

### CERTIFICATE OF SERVICE

I certify that on   September 14, 2021   the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Daniel H. Blomberg

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

# MOTION

Pursuant to Federal Rule of Appellate Procedure 29, The Becket Fund for Religious Liberty respectfully seeks leave to file the accompanying *amicus* brief in support of Petition for Rehearing En Banc. Petitioners consented to the filing of this brief. Respondents Nessel, Vail, and Siemon consent to the filing of this *amicus* brief, but not to granting rehearing en banc. Respondent Hertel does not consent to either.

Under Fed. R. App. P. 29(a)(3) and (b)(3), a motion for leave to file an *amicus* brief in support of rehearing should state "the movant's interest" and "the reason why an *amicus* brief is desirable and why the matters asserted are relevant to the disposition of the case." Leave to file should be freely granted. *See Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002) (Alito, J.) (noting approvingly that "the predominant practice in the courts of appeals" is to "freely grant leave to file, provided the brief is timely and well-reasoned").

*Interest*. The Becket Fund for Religious Liberty is a non-profit, non-partisan law firm dedicated to protecting the free expression of all religious traditions. Becket has represented agnostics, Buddhists, Christians, Hindus, Jews, Muslims, Santoso, Sikhs, and Zoroastrians in courts across the country, including the Supreme Court.[1] Becket has an interest

---

[1] *See, e.g., Hosanna-Tabor Evangelical Lutheran Church & Sch. v. EEOC*, 565 U.S. 171 (2012); *Burwell v. Hobby Lobby Stores, Inc.*, 573 U.S. 682 (2014); *Holt v. Hobbs*, 574 U.S. 352 (2015); *Zubik v. Burwell*, 578 U.S. 932

in ensuring that courts in this Circuit apply the correct legal standard in Free Exercise cases. This Circuit has accordingly previously granted Becket leave to file *amicus* briefs, including at the *en banc* stage.[2]

Further, Becket represents clients in ongoing litigation within this Circuit whose interests could be affected by this Court's decision regarding Free Exercise analysis. *InterVarsity Christian Fellowship/USA v. Bd. of Governors of Wayne State Univ.*, No. 19-CV-10375 (E.D. Mich.); *St. Vincent Catholic Charities v. Ingham Cty. Bd. of Comm'rs*, No. 19-CV-1050 (W.D. Mich.).

*Relevance.* Becket has litigated many cases concerning the intersection of COVID-19 restrictions on religious exercise, including as counsel to the Orthodox Jewish petitioners protected in *Roman Catholic Diocese of Brooklyn v. Cuomo*, 141 S.Ct. 63 (2020).[3] Becket also successfully represented the petitioner in the Supreme Court's most recent Free Exercise

---

(2016); *Our Lady of Guadalupe Sch. v. Morrissey-Berru*, 140 S.Ct. 2049 (2020); *Little Sisters of the Poor v. Pennsylvania*, 140 S.Ct. 2367 (2020); *see also Buck v. Gordon*, No. 19-2185 (6th Cir.) (counsel).

[2] *Middleton v. United Church of Christ Bd.*, No. 20-4141 (6th Cir.) (*amicus*); *Bormuth v. County of Jackson*, No. 15-1869 (6th Cir.) (en banc) (*amicus*).

[3] *See, e.g.*, *Agudath Israel of Am. v. Cuomo*, 141 S.Ct. 889 (2020); *Danville Christian Acad., Inc. v. Beshear*, 141 S.Ct. 527 (2020) (*amicus*); *S. Bay United Pentecostal Church v. Newsom*, 141 S.Ct. 716 (2021) (*amicus*); *Tandon v. Newsom*, 141 S.Ct. 1294 (2021) (*amicus*); *Roman Catholic Archbishop of Washington v. Bowser*, No. 20-cv-03625, 2021 WL 1146399 (D.D.C. Mar. 25, 2021) (in-person worship); *Lebovits v. Cuomo*, 1:20-cv-1284 (N.D.N.Y. filed Oct. 16, 2020) (in-person religious education).

Clause case decided in June, *Fulton v. City of Philadelphia*, 141 S.Ct. 1868 (2021). Becket therefore has a unique perspective on the meaning and scope of the leading authority before this Court, particularly as it relates to COVID-19 restrictions. Becket's brief, which discusses the ways that the panel decision conflicts with binding caselaw in this Circuit and from the Supreme Court, is directly relevant to the petition for rehearing.

Further, Becket's brief makes arguments that are distinct from Petitioners'. Becket discusses the way that the claims in this case fit within the larger framework of Free Exercise law and explains why this Court must reverse the panel to maintain the uniformity of this Court's Free Exercise caselaw with other Sixth Circuit decisions and with the recent decisions of the Supreme Court.

*Timely*. Finally, this motion is timely because it was filed seven days after Petitioners' brief was filed. *See* Dkt. No. 55 (filed Sept. 7, 2021); Fed. R. App. Proc. 29(b)(5).

For the foregoing reasons, Becket respectfully requests that this Court grant leave to file the accompanying *amicus* brief in support of rehearing en banc in this matter.

Dated: September 14, 2021

                                Respectfully submitted,

                                /s/ *Daniel H. Blomberg*
                                Daniel H. Blomberg
                                Adèle A. Keim
                                Daniel L. Chen
                                The Becket Fund for
                                    Religious Liberty
                                1919 Pennsylvania Ave. NW
                                    Suite 400
                                Washington, DC 20006
                                (202) 955-0095
                                dblomberg@becketlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Leave to File *Amicus* Brief was filed this 14th day of September, 2021, through the Court's Electronic Filing System. Parties will be served, and may obtain copies electronically, through the operation of the Electronic Filing System.

Dated: September 14, 2021

*/s/ Daniel H. Blomberg*
Daniel H. Blomberg
